Elliot Gale (Bar #263326)
egale@gajplaw.com
Gale, Angelo, Johnson, P.C.
2999 Douglas Blvd., Ste. 111
Roseville, CA 95661
916-290-7778 ph
916-282-0771 fax

Attorney for Plaintiff
Erik Johnson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ERIK JOHNSON<br><br>Plaintiff,<br><br>v.<br>ROBINHOOD FINANCIAL LLC;<br>ROBINHOOD SECURITIES, LLC<br><br>Defendants. | CASE NO.<br><br>COMPLAINT FOR DAMAGES:<br><br>1. Breach of Contract<br>2. Negligence<br>3. Violation of the Unfair Competition Law<br>4. Violation of Section 10(b) of the Securities Exchange Act and Rule 10b-5(a). |

COMES NOW Plaintiff Erik Johnson (hereinafter "Plaintiff"), an individual, based on information and belief, to allege as follows:

**INTRODUCTION**

1. Robinhood Financial LLC and Robinhood Securities LLC collectively ("Robinhood" or "Defendants") have allowed access by unknown third parties to Plaintiff's Robinhood account wherein Plaintiff's entire stock portfolio of just under $30,000 has been liquidated and those funds moved to unknown bank accounts.
2. In response Plaintiff sent over forty emails to Robinhood desperately attempting to remedy the unauthorized transactions.
3. In response Robinhood has done literally nothing.
4. Plaintiff seeks actual damages, statutory damages, penalties, injunctive relief, and for other recovery specified herein for harm caused by Robinhood's negligent conduct, breach of contract, and the California Unfair Competition Law.

//

**JURISDICTION & VENUE**

5. Plaintiff re-alleges and incorporates herein by reference the allegations in each and every paragraph above, fully set forth herein.

6. Jurisdiction is found under 15 U.S.C. §§ 78 *et. seq.*

7. Plaintiff is a resident of the State of California and resides within the judicial district where the actions occurred that give rise to his claims.

8. Defendants Robinhood are a Delaware corporation with its principal place of business located in Menlo Park, California.

**FACTUAL ALLEGATIONS**

9. Robinhood was founded in 2013 as a self-directed online securities trading platform after its founders discovered that big Wall Street firms were paying next-to-nothing to trade stocks, while most Americans were charged commission for every single trade. Robinhood wanted to change this dynamic.

10. Robinhood claims that it's on a "mission to democratize finance for all."

11. In support of this mission Robinhood claims that its values include: 1) Insane Customer Focus, 2) High Performance, 3) Safety Always, 4) One Robinhood, 5) Participation is Power, 6) First Principles Thinking, and 7) Lean and Disciplined.

12. Robinhood claims that its "Insane Customer Focus" includes "when there are customer pain points, we fix them quickly."

13. Robinhood also claims that "Safety Always" means that Robinhood takes its responsibility for customers' finances seriously. And that Robinhood is compliant approaches risks thoughtfully, and never compromises trust for speed.

14. While Robinhood has experienced exponential growth since its inception it has neglected to build out its security infrastructure to adequately protect its customers' sensitive information.

15. When customers open an investment account with Robinhood they authorize Robinhood access to one or more bank accounts and deposit funds directly into a Robinhood investment account of which Robinhood is the custodian.

16. Customers additionally grant Robinhood access to sensitive personal and financial information, including but not limited to their names, social security numbers, dates of birth, mailing address, telephone numbers, bank account numbers, details of their

income, bank account balances, financial transaction histories, credit histories, tax information, and credit scores.

17. Robinhood's "lean and disciplined" ethos has exacerbated this issue by not providing customers any live human being to speak with should security issues arise.

18. Instead, customers are directed to contact Robinhood via email and ***only*** email.

19. To be clear, Robinhood does not have a dedicated phone number for customers to call if a security breach occurs.

20. Robinhood, however, does have a "Security Guarantee" wherein Robinhood notes that "if eligible" Robinhood will "reimburse direct losses due to unauthorized activity."

21. Robinhood instructs customers to "contact Robinhood Support immediately" via the app or website (because no phone number) if a customer notices any unusual logins or activity.

22. On July 21, 2025 at 7:46 AM Robinhood sent Plaintiff an email alerting Plaintiff someone had attempted to change the email address associated with Plaintiff's Robinhood account.

23. One minute later at 7:47 AM Robinhood sent Plaintiff an email alerting Plaintiff's alleged request to withdraw $3,000.00 from Robinhood into a Varo Banking account had been received.

24. Plaintiff does not Bank with Varo. Plaintiff also never linked any Varo account to his Robinhood account.

25. Less than a half an hour later at 8:11 AM Robinhood sent Plaintiff an email alerting Plaintiff that someone had attempted to change Plaintiff's password.

26. Plaintiff thankfully happened to see these emails within minutes of their arrival and swiftly attempted to login to his Robinhood account to secure it.

27. It was too late.

28. Plaintiff's login credentials had already been changed, and Plaintiff was locked out.

29. Panic and desperation grasped Plaintiff.

30. Plaintiff already suffered from anxiety and at the time of the incident was on three anti-anxiety medications.

31. At 8:23 AM (12 minutes after Robinhood's email regarding the password change) Plaintiff emailed Robinhood and alerted Robinhood that he was now locked out of his account.

32. Plaintiff received the following email from Robinhood at 10:17 AM

Robinhood

## Your order has been executed

Hi Erik,

Your order to sell $3,020.00 of PLTR through your individual account was executed on July 21, 2025 at 1:17 PM ET. You received $3,019.70 for 19.74501 shares, at an average price of $152.94 per share. Funds available from this trade will be reflected in your withdrawable cash on Jul. 22, 2025.

Your trade confirmation will be available in your order history on Robinhood in one trading day.

If you have any questions, please visit our **Help Center**!

– The Robinhood team

33. At this time Plaintiff had sent multiple emails to Robinhood alerting Robinhood that his account had been hacked.

34. Plaintiff emailed Robinhood again at 11:22AM and alerted Robinhood that his account was breached. Plaintiff left his contact information including his phone number.

35. At 11:37 AM Plaintiff received the following email from Robinhood.

Hi , Erik

We've tried to reach you, but you've been unresponsive. Unfortunately, due to your lack of cooperation, we're forced to close this case. Please note that all our actions will be considered legal. If you need our assistance in the future, feel free to contact us again. Thank you.

Sincerely,
Dilan

Case ID: 015416373

36. At the time of Dilan's email Plaintiff had not received any contact from Robinhood.

37. To date Plaintiff has no record or knowledge of what investigation took place by Dilan, or what specific case Dilan's email referred to. To be clear, this email arrived just hours after Plaintiff began notifying Robinhood of the security breach.

38. At 11:45 AM Plaintiff received the following email from Robinhood.

Robinhood

---

Password reset requested

Hi Erik,

We recently received a request to reset the password for your Robinhood account.

If you'd like to reset your password, please follow the link below:

**Reset Password**

39. Plaintiff, however, could not reset his password because he had already been locked out.

40. This email also contextually made zero sense given Dilan's email at 11:37 AM.

41. Plaintiff emailed Robinhood again at 11:50 AM and alerted Robinhood that he did not authorize any trades.

42. Plaintiff emailed Robinhood again at 11:51 AM and alerted Robinhood that he did not authorize the $3,000 withdraw to Varo Banking. Plaintiff left his contact information and phone number.

43. Plaintiff emailed Robinhood again at 11:52 AM and alerted Robinhood that trades were being made that he did not authorize. Plaintiff left his contact information and phone number.

44. Plaintiff emailed Robinhood again at 11:53 AM the exact same email desperately trying to get someone or something to help him. Again, Plaintiff left his contact information and phone number.

45. At 11:57 AM Plaintiff emailed Robinhood again and made it clear no one had contacted Plaintiff.

46. At 12:17 PM Plaintiff received the following email from Robinhood

Robinhood

## Verify Email Address

Hi Erik,

We received your request to verify your email address ejtile@msn.com. Tap the link below to verify this email address. Robinhood will never ask you to verify an email address you don't recognize.

**Verify Email**

47. At 12:25 PM Plaintiff emailed Robinhood again and made it clear his account was hacked.
48. At 12:26 PM Plaintiff emailed Robinhood again and stated his account was hacked. Plaintiff left his contact information and phone number.
49. At 12:28 PM Plaintiff emailed Robinhood again and stated his account was hacked. Plaintiff left his contact information and phone number.
50. At 12:31 PM Plaintiff received the following email from Robinhood

Hi , Erik

We understand your concern, and we recommend that you secure your account immediately by updating your password. Thank you for your understanding

Sincerely,
Jeremiah

Case ID: 023453373

51. At 12:37 PM Plaintiff received the following email

Hi , Erik

We understand your concern, and we recommend that you secure your account immediately by updating your password. Thank you for your understanding

We'll be sending you a password reset link. Please reset your password as soon as possible to secure your account

Sincerely,
Jeremiah

Case ID: 023453373

52. At 12:39 PM Plaintiff responded to Robinhood and made it clear he could not login to his account to change his password…because his account had been hacked.

53. At 1:14PM Plaintiff responded again to Robinhood and made it clear he could not login to his account to change his password…again because his account had been hacked.

54. At 2:44PM Plaintiff sent another email once again with his contact information and phone number alerting Robinhood that his account had been hacked and he was unable to sign in.

55. The next day on July 22, 2025, Plaintiff continued to try and reach someone or anyone at Robinhood.

56. At 7:11 AM Plaintiff emailed Robinhood and alerted Robinhood that his account had been hacked and Plaintiff left his contact information.

57. The next day on July 23, 2025 at 6:11 AM plaintiff emailed Robinhood that his account had been hacked, that Robinhood refused to help, and not to touch any of his money.

58. A few minutes later at 6:25 AM Plaintiff alerted Robinhood that they did not have support, Plaintiff could not login to his account, and Robinhood was allowing his account to be drained.

59. One minute later at 6:26 AM Plaintiff alerted Robinhood that he could not reset his password because he had to login to his account to change his password and he had been hacked/locked out.

60. One minute later at 6:27 AM Plaintiff emailed Robinhood again that he did not authorize any trades and his account has been hacked and Robinhood would not help.

61. Two minutes later at 6:29 AM Plaintiff emailed Robinhood the same message.

62. One minute later at 6:30 AM Plaintiff emailed Robinhood again and stated that he had tried everything, his account was hacked, and Robinhood wouldn't do anything.

63. Plaintiff sent the same message again at 6:31 AM.

64. On July 24, 2025 at 8:03 AM Plaintiff received the following email from Robinhood.

> Hello,
>
> It's been awhile since we last heard from you. This is a reminder that we're waiting for information from you to continue working to resolve your concern. We understand there can be delays and want to assure you that we are here to help.
>
> **If we don't hear back in a few days then this support ticket will be closed.** If you still need help after that, please contact our support and we'd be happy to open a new ticket for you.
>
> Best,
> The Robinhood Team

65. On July 28, 2025 at 7:30 AM Plaintiff received the following email from Robinhood

> Hi Erik,
>
> Thanks for reaching out. For context, being approved for the Gold card does not automatically approve one for the banking product at this time. For more general details on what we will be offering, please visit robinhood.com/banking. More specific details on these offerings for Robinhood Banking will be available in the coming months, and we cannot wait to start inviting customers to sign up this fall. I hope this information helps. Please let me know if you have further questions or concerns. Otherwise, have a wonderful day!
>
> Best,
>
> The Robinhood Banking Team

66. Robinhood ultimately never contacted Plaintiff and Plaintiff lost approximately $28,000 despite immediately contacting Robinhood and alerting it of the issues with his unauthorized account takeover.

67. To be clear Robinhood's "Safety Protocols" never flagged Plaintiff's account for suspicious activity despite someone in a very brief period: 1) changing the login password, 2) changing the email associated with the account, 3) adding/linking a new bank account, 4) liquidating the entire portfolio, and 5) transferring funds to the new bank account.

## FIRST CAUSE OF ACTION

(Breach of Contract)

(Against Defendant Robinhood Financial LLC, Robinhood Securities LLC, N.A.)

68. Plaintiff re-alleges and incorporates herein the allegations in each and every paragraph above as though fully set forth herein.

69. At all relevant times a contract existed and was in force between Robinhood and Plaintiff.

70. This contract was written and was supplemented by implied and written terms that existed and were maintained online.

71. Any implied contracts or supplemental terms or conditions of the contract were written by Robinhood and published electronically to Plaintiff in such a manner and through such conduct so as to create promises on the part of Robinhood.

72. These written documents include but are not limited to the Robinhood United States Privacy Policy, the Financial Privacy Notice, "Our 6 commitments to you," and Robinhood Terms & Conditions, along with Robinhood's own policies and procedures.

73. Robinhood specifically alerts customers to contact support@robinhood.com if their account has been compromised so Robinhood may freeze the account.

### Freeze your account

If you believe your account has been compromised, contact Robinhood Support immediately. If you don't have access to your account, email us at support@robinhood.com to freeze your account.

Freezing will restrict all movement in and out of your account. You won't be able to deposit, withdraw, or open new positions from your account until an investigation is complete (this could take several weeks). You can still sell assets you own or close any positions you already hold.

After you email us, you may need to Verify it's you and answer a couple questions. If you're already verified, check your email for a message from our team:

1. In the email, select **Freeze account**
2. Confirm and select **Yes, freeze my account**

74. Plaintiff emailed support@robinhood.com multiple times and never received any option to freeze his account.

75. Instead, Robinhood simply sent contextually irrelevant responses and according to Dilan closed an investigation minutes after Plaintiff alerted Robinhood to his account being compromised.

76. Robinhood also states that it implements "robust security measures and tools to protect your accounts."

77. Robinhood never implemented any of its alleged robust security measures and allowed a third party to (in a very short period of time) 1) gain access to Plaintiff's account, 2) change the email and password associated with the account, 3) link a new bank account to the Robinhood account, 4) liquidate Plaintiff's entire portfolio. and 5) transfer those funds to the new bank account.

78. All of this despite Plaintiff immediately notifying Robinhood within minutes of noticing the compromise.

79. As a result of Robinhood failing to perform its contractual promises Plaintiff lost, and has otherwise suffered financial damages of approximately $28,000.

**<u>SECOND CAUSE OF ACTION</u>**

**(Negligence)**

80. Plaintiff re-alleges and incorporates herein the allegations in each and every paragraph above as though fully set forth herein.

81. Robinhood owed Plaintiff a duty of care to protect Plaintiff's personal and financial information and property.

82. Robinhood further owed Plaintiff a duty of care to protect Plaintiff's property from liquidation upon notice of Plaintiff's account being compromised.

83. Said duty is based upon Defendant's contractual obligations, customs and practice, right to control information, and funds in its possession.

84. Robinhood breached its duty of care to Plaintiff by allowing unauthorized parties to: 1) gain access to Plaintiff's account, 2) change the email and password associated with the account, 3) link a new bank account to Plaintiff's account that did not belong to Plaintiff, 4) liquidate Plaintiff's entire portfolio, and 5) transfer those funds to the new bank account.

85. Robinhood should have verified the new bank account belonged to Plaintiff.

86. Robinhood should have flagged Plaintiff's account as suspicious when in a very short period of time the password, email, and bank account were all updated or changed; and thereafter the entire portfolio liquidated.

87. Robinhood should have immediately frozen Plaintiff's account when Plaintiff alerted Robinhood within MINUTES of the unauthorized activity.

88. But for Robinhood breaching its duty of care Plaintiff's account would not have been liquidated and the funds transferred to an account that did not belong to Plaintiff.

89. As a result of Robinhood's negligence, Plaintiff has suffered financial and emotional harm in an amount to be proven at trial.

**THIRD CAUSE OF ACTION**

Violation of Unfair Competition Law

(Cal. Bus. & Prof. Code §§ 17200, et seq. ("UCL"))

90. Plaintiff realleges and incorporates the above allegations by reference as if set forth fully herein.

91. By engaging in the above-described unfair business acts and practices, Robinhood committed and continues to commit one or more acts of unlawful, unfair, and fraudulent conduct within the meaning of the UCL.

92. These acts and practices constitute a continuing and ongoing unlawful business activity, as defined by the UCL, and justify the issuance of an injunction and any other equitable relief pursuant to the UCL.

93. By engaging in the above-described unfair business acts and practices, Robinhood committed and continues to commit one or more acts of unlawful, unfair, and fraudulent conduct within the meaning of UCL.

94. These acts constitute a continuing and ongoing unlawful business activity, as defined by the UCL and justify the issuance of an injunction and any other equitable relief pursuant to the UCL.

95. Robinhood failed and continues to fail to implement and maintain reasonable security procedures and practices appropriate to protect Plaintiff's account information; made misrepresentations to Plaintiff regarding Robinhood's security measures and protocol, and Robinhood's promise to reimburse losses to Plaintiff for unauthorized access, all in violation of, inter alia, the following California law Negligence as defined by Californica Civil Code section 1714

96. Robinhood's acts and practices constitute a continuing and ongoing unfair business activity defined by the UCL. Robinhood's conduct is contrary to the public welfare as it seeks to

appeal to the masses, has sustained exponential growth, but has intentionally NOT setup an infrastructure to have human beings speak with consumers.

97. Instead, Robinhood's entire business model remains predicated on very little human interaction with its customers so Robinhood can save money at the expense of proper security measures e.g. a phone number for customers to call if a security breach occurs.

98. To the extent Robinhood advertises certain security measures (such as freezing accounts) those security measures are not properly implemented or simply do not exist.

99. Such practices are contrary to the public welfare, are immoral, and unethical.

100. As a direct and proximate consequence of the actions identified above Plaintiff has had his entire Robinhood account liquidated and moved to bank accounts Plaintiff is not associated with in any manner. Plaintiff has loss control over his identity, has lost time attempting to remedy this issue, and the need for future expenses dedicated to the recovery and protection of further loss and privacy injuries associated with having his sensitive personal and financial information disclosed.

## FOURTH CAUSE OF ACTION

Violation of Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5(a) (15 U.S.C. §78(j)(b), and Rule 10b-5(a), 10b-5(b), and 10b-5(c) promulgated by the SEC)

101. Plaintiff realleges and incorporates the above allegations by reference as if set forth fully herein.

102. This cause of action is based upon section 10(b) of the Securities Exchange Act, 15 U.S.C. §78(j)(b), and Rule 10b-5(a) promulgated thereunder by the SEC.

103. Rule 10b-5(a) provides that "[it] shall be unlawful for any person, directly or indirectly…[t]o employ any device, scheme, or artifice to defraud…in connection with the purchase or sale of any security."

104. Rule 10b-5(b) provides that "[it] shall be unlawful for any person, directly or indirectly…[t]o make any untrue statement of material fact or to omit to state a material fact necessary in order to make the statement made, in the light of the circumstances under which they were made, not misleading…in connection with the purchase or sale of any security."

105. Rule 10b-5(c) provides that "[i]t shall be unlawful for any person, directly or indirectly…[t]o engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person…in connection with the purchase or sale of any security.

106. Defendants made material misrepresentations regarding their platform's security measures to Plaintiff and but for this material misrepresentation Plaintiff would not have purchased those securities in his Robinhood account that were liquidated without his consent nor would Plaintiff have kept those securities in his Robinhood Account once purchased.

107. Specifically, Defendants advertise "robust security measures and tools" knowing full well those security measures and tools are not well executed, implemented, or provide the level of security that would make a reasonable investor comfortable buying or selling securities.

108. Specifically, the following items appear on Robinhood's website and promotional material:

a.

BEFORE YOU BEGIN

If you believe your account has been compromised, contact Robinhood Support immediately. If you don't have access to your account, email us at support@robinhood.com for help. For more information, review Take action and report.

b.

## Freeze your account

If you believe your account has been compromised, contact Robinhood Support immediately. If you don't have access to your account, email us at support@robinhood.com to freeze your account.

Freezing will restrict all movement in and out of your account. You won't be able to deposit, withdraw, or open new positions from your account until an investigation is complete (this could take several weeks). You can still sell assets you own or close any positions you already hold.

109. The above statements make it clear that Robinhood will freeze accounts if a consumer contacts Robinhood support and alerts them to suspicious activity.

110. Despite these representations Robinhood knowingly runs a very lean operation.

111. Consumers are unable in real time to speak with a Robinhood employee and are forced to communicate solely through email at support@robinhood.com.

112. Robinhood has intentionally set up this system to cut overhead costs, increase profitability, and lure unsuspecting consumers like Plaintiff to purchase securities using the Robinhood platform.

113. Robinhood knows with reckless disregard for consumers' financial risk that its support@robinhood.com does not have the bandwidth to deal with real time emergencies.

114. Robinhood knows with reckless disregard for consumers' financial risk that support@robinhood.com isn't staffed properly.

115. Robinhood knows with reckless disregard for consumers financial risk that support@robinhood.com isn't capable of doing real investigate security work.

116. Robinhood knows that by advertising certain security measures consumers are more likely to use the Robinhood platform to purchase securities despite its fundamental security measure flaws.

117. Here, Plaintiff reached out to Robinhood in real time at multiple different email addresses including support@robinhood.com with little to no success.

118. Robinhood never responded properly, didn't investigate Plaintiff's complaint, and never froze Plaintiff's account.

119. Here, but for Robinhood actively deceiving Plaintiff with respect to its security measures and implementation, Plaintiff would not have purchased securities using the Robinhood platform.

120. Here, but for Robinhood actively deceiving Plaintiff with respect to its security measures and implementation, Plaintiff would not have kept his securities in his Robinhood account.

121. As a direct and proximate cause of Plaintiff's reliance on Robinhood's untrue statements and material misrepresentations regarding its security measures Plaintiff purchased stock and kept that stock in his Robinhood account.

122. Thereafter unknown third party or third parties hacked Plaintiff's account and liquidated the account and transferred funds to accounts that did not belong to Plaintiff.

123. But for Robinhood's material representations regarding its security measures Plaintiff would never have purchased stock using Robinhood or allowed the stock once purchased to remain in a Robinhood account.

124. Based on the aforementioned Defendants actively used a device, scheme, or artifice to defraud plaintiff into purchasing stock and keeping that stock in his Robinhood account.

125. Based on the aforementioned Defendants also made material untrue and or misleading statements to Plaintiff that led Plaintiff into purchase stock and keeping that stock in his Robinhood account.

126. Based on the aforementioned Robinhood also defrauded Plaintiff with respect to its security measures which led Plaintiff to purchase stock and keep that stock in his Robinhood account.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment as follows:

1. Order Defendants to provide actual damages and equitable monetary relief to Plaintiff.
2. Order Defendants to pay punitive damages, as allowable by law, to Plaintiff.
3. Declare Defendants' conduct unlawful and enter an order enjoining Defendants from continuing to engage in the conduct alleged herein.
4. For both pre and post-judgment interest at the maximum allowable rate on any amounts awarded
5. For Plaintiff's actual damages under 15 U.S.C. §§ 78 et. seq.
6. For costs of the proceedings herein
7. For reasonable attorney's fees as allowed by law and
8. Award such other relief as the Court deems appropriate under the circumstances.

Gale, Angelo, Johnson, P.C.

Dated: October 27, 2025

*/s/ Elliot Gale*
Elliot Gale
Attorney for Plaintiff